Randolph Gaw (S.B. #223718)
rgaw@gawpoe.com
Christopher Wimmer (SB #263275)
cwimmer@gawpoe.com
Victor Meng (S.B. #254102)
vmeng@gawpoe.com
GAW | POE LLP
One Embarcadero, Suite 1200
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiff
ARIONIX INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIONIX INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEXA, INC., a Delaware corporation, and NAGA KIRAN PASAVEDALA, an individual.<br><br>Defendants. | Case No. 3:26-CV-08060-CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Charles R. Breyer<br>Hearing Date: *None req'd* (L.R. 7-11(c)) |

Having considered the Plaintiff Arionix Inc.'s Administrative Motion to File Under Seal portions of the declaration of Sreedhar Narayanan, and the entirety of exhibits 14-15, filed in support of Arionix's *ex parte* motion for temporary restraining order and an order to show cause why a preliminary injunction should not issue against defendants Wexa, Inc. and Naga Kiran Pasavedala, as well as portions of the motion for temporary restraining order itself, the Court, finding good cause for the relief sought,

IT IS HEREBY ORDERED THAT:

1. Plaintiff Arionix Inc.'s Administrative Motion to File Under Seal is GRANTED; and

2. Plaintiff Arionix Inc. is GRANTED leave to file under seal the unredacted declaration of Sreedhar Narayanan, the entirety of exhibits 14-15, and the unredacted version of Arionix's *ex parte* motion for temporary restraining order and order to show cause.

Dated: August 12, 2026

The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE