Vani Moodley (SBN 219139)
vani@selectiumlawgroup.com
SELECTIUM LAW GROUP, P.C.
5655 Silver Creek Valley Road, #850
San Jose, California 95138
Telephone: (650) 353-0926

Attorneys for Defendants and Counterclaimant
WEXA, INC. and NAGA KIRAN PASAVEDALA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARIONIX INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEXA, INC., a Delaware corporation, and NAGA KIRAN PASAVEDALA, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:26-cv-08060-CRB<br><br>**~~[PROPOSED]~~ ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE AND OTHER DEFENSES (ECF 35)**<br><br>Re: ECF No. 35<br>Hearing Date: November 20, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6<br>Judge: Hon. Charles R. Breyer |

The Court has considered Plaintiff Arionix Inc.'s Motion to Strike 17 of 26 Affirmative and Other Defenses (ECF 35) and Defendants' Response and Notice of Amended Pleading. On October 1, 2026, Defendants filed their First Amended Answer, Affirmative Defenses, and Counterclaim (ECF [ 42]), which supersedes the Answer to which the Motion is directed (ECF 33).

Accordingly, the Motion to Strike (ECF 35) is DENIED AS MOOT. The hearing set for November 20, 2026, at 10:00 a.m. is VACATED.

**IT IS SO ORDERED.**

Dated: November 3, 2026

Hon. Charles R. Breyer
United States District Judge